UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NORMA PAIVA, individually and on behalf
of all others similarly situated,

                                                        JUDGMENT

                    Plaintiff,                            20-cv-02319 (BMC)

                      v.

RADIUS GLOBAL SOLUTIONS, LLC

                    Defendant.
-------------------------------------------------------------X

       A Minute Entry and Order for Initial Status Conference held on 7/14/2020 before the Honorable Brian M. Cogan, United States District Judge having been filed on July 14, 2020, granting defendants' motion to dismiss; and dismissing the complaint; it is

       ORDERED and ADJUDGED that defendants' motion to dismiss is granted; that the complaint is dismissed; and that this action is dismissed.

| | |
|---|---|
| Dated: Brooklyn, New York<br>       July 14, 2020 | Douglas C. Palmer<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>       Deputy Clerk |